UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFREDA V. DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL COUNCIL OF. <br> NEGRO WOMEN, INC., *et al.*, <br><br> Defendants. | Civil Action No. 10-0002 (RCL) <br><br> **FILED** <br> SEP 2 2 2011 <br> Clerk, U.S. District & Bankruptcy <br> Courts for the District of Columbia |

## ORDER

Upon consideration of plaintiff's Motion to Enforce Settlement Agreement [39], defendants' Motion for Summary Judgment [21], plaintiff's Motion to Strike [27], and plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 56(d) [31], it is hereby

**ORDERED** that plaintiff's Motion to Strike is **GRANTED**. With respect to defendants' motion for summary judgment, Paragraphs 7, 8, and 9 of the attached statement of material facts shall be stricken; Attachment #3, a copy of the draft settlement agreement, and Attachment #4, a copy of e-mail correspondence between counsel, shall be stricken; and arguments for summary judgment as to Count I that reference the mediation process, namely Section IV.A of defendants' memorandum in support, shall be stricken; and it is

**FURTHER ORDERED** that plaintiff's Motion to Enforce Settlement Agreement is **DENIED**, and is **STRICKEN**, sua sponte; and it is

**FURTHER ORDERED** that plaintiff make payment to defendants of the sum certain received and at issue, within 30 days of the issuance of this Order, or this Court will dismiss plaintiff's suit with prejudice; and it is

**FURTHER ORDERED** that Paragraph 38 of defendants' answer to the amended complaint be stricken; that those portions of the introductory paragraph and Paragraphs 1, 3, and 20 that reference arbitration be stricken, in addition to any other portions referencing arbitration; and that those portions of Paragraphs 14, 17, 21, 22, 23, 24, 25, and 43 that reference an alleged settlement be stricken, in addition to any other portions referencing an alleged settlement; and it is

**FURTHER ORDERED** that defendants' motion for summary judgment is denied in part insofar as it refers to the need to arbitrate; and it is

**FURTHER ORDERED** that the memorandum accompanying this order be filed under seal; and it is

**FURTHER ORDERED** that the parties to this lawsuit refrain from disclosing the contents of the sealed memorandum to the merits judge or to any other third party.

A separate memorandum explaining the Court's reasoning is being filed under seal, and will not be provided to the merits judge until after this case has been decided on the merits in this Court, in order to preserve what remains of any confidentiality.

**SO ORDERED** this 21st day of September 2011.

Royce C. Lamberth
ROYCE C. LAMBERTH, U.S.D.J.

2

                                        Chief Judge
                                        United States District Court