UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALFREDA V. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COUNCIL OF.<br>NEGRO WOMEN, INC., *et al.*,<br><br>Defendants. | Civil Action No. 10-0002 (RCL) |

**FILED**

**OCT 21 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

This Court on September 21, 2011 signed an Order [41] that, *inter alia*, required plaintiff to return "the sum certain received and at issue, within 30 days of the issuance of this Order,"[1] or face dismissal of her case with prejudice. The Court on October 21, 2011 received a Notice [43] from plaintiff's counsel that plaintiff is unable to comply with the terms of that Order by returning the sum certain at issue. Accordingly, and pursuant to the terms of the September 21, 2011 Order, it is hereby **ORDERED** that plaintiff's case be **DISMISSED** in its entirety with prejudice.

Contemporaneously with its September 21, 2011 Order, the Court issued a Memorandum explaining the Court's reasoning. The Court ordered that the memorandum be filed under seal, "in order to preserve what remains of any confidentiality" in the mediation process, until after

---

[1] The Court's Order referenced in vague terms a "sum certain received and at issue" in order to preserve whatever remained of any confidentiality in the mediation process before the merits judge. As discussed below, the Court will order the unsealing of its Memorandum accompanying the September 21, 2011 Order, which explains that the "sum certain received and at issue" was a payment tendered by defendant to plaintiff, purportedly in settlement of plaintiff's claims against defendant, that plaintiff retained despite taking the position that the parties had not settled those claims.

1

resolution of the case on the merits. Because the Court has ordered that the case be dismissed with prejudice, it is hereby **ORDERED** that the Memorandum be unsealed, and a copy placed on the public docket.

**SO ORDERED** this 21st day of October 2011.

Royce C. Lamberth
ROYCE C. LAMBERTH
Chief Judge
United States District Court